UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-00177 |
| v. | ) | |
| | ) | |
| WALTER ALLEN JOHNSON | ) | |
| A/K/A/ BEAU JOHNSON | ) | |

## SEALED ORDER

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested, (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties, and (c) shall be provided to Internal Revenue Service, Criminal Investigation, to allow for the arrest of the defendant.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government or to the Internal Revenue Service.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2010