UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00177 |
| | ) | |
| WALTER ALLEN JOHNSON | ) | |
| A/K/A BEAU JOHNSON | ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

Comes now the government and would hereby request that the indictment be unsealed as the defendant has been apprehended and arrested on the warrant issued in this matter.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: /s/ Hilliard Hester
Hilliard Hester
Assistant U. S. Attorney
110 9th Avenue South, Suite A961
Nashville, Tennessee 37203
Phone: 615-736-5151

GRANTED

*[signature]*